**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICIO PAEZ ARMENTA (2),

Defendant.

Case No. 26cr3566-WQH-2

**JUDGMENT AND ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INFORMATION AS TO DEFENDANT MAURICIO PAEZ ARMENTA ONLY WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that the United States' motion seeking leave to dismiss the Information (ECF No. 25) as to Mauricio Paez Armenta only without prejudice pursuant to Federal Rule of Criminal Procedure 48(a) is granted. (ECF No. 31.)

Dated: November 2, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court